UNITED STATES *versus* REUBEN MERRILL, JR.

JOURNAL ENTRIES: (1) Nov. 16, 1835: declaration filed, rule to plead; (2) Jan. 6, 1836: jury impaneled, evidence introduced, discontinued.
PAPERS IN FILE (1835–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) subpoena; (5) plea of not guilty.
*File No. 141.*

UNITED STATES *versus* JAMES CLINTON.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1835–36): (1) Affidavit for bail, order for bail, precipe for capias; (2) capias and return; (3) recognizance.
*File No. 153.*

THE POSTMASTER GENERAL *versus* DANIEL PITTMAN, STILMAN BLANCHARD, AND WILLIAM McNAIR.

JOURNAL ENTRIES: (1) Jan. 4, 1836: narr. filed, rule to plead; (2) Jan. 9, 1836: rule for default judgment, damages assessed by clerk, judgment.
PAPERS IN FILE (1835–36): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) precipe for fi. fa.; (5) writ of fi. fa. and return; (6) statement of accounts— Daniel Pittman to Post Office Department.
*File No. 146.*

UNITED STATES *versus* STEAMBOAT "ARGO", ONE STEAM ENGINE, ONE BELL, ONE ANCHOR, ONE CHAIN, ONE STOVE, AND ONE COMPASS, THE APPAREL, TACKLE, AND FURNITURE OF SAID BOAT, CLAIMED BY LEWIS DAVENPORT.

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 5, 1836: claim and bond filed, bond approved, claimant allowed to prosecute claim, appraisers appointed; (3) Jan. 23, 1836: publication proved, proclamation made, no claim other than Lewis Davenport's made; (4) Jan. 27, 1836:

claimant's bond approved, certificate of collector filed, property ordered delivered to claimant; (5) June 6, 1836: motion by United States attorney for judgment; (6) June 7, 1836: judgment of forfeiture.
PAPERS IN FILE (1836): (1) Libel; (2) claim; (3) claimant's bond; (4) copy of order appointing appraisers, appraisers' report; (5) published notice, proof of publication and posting; (6) certificate of collector; (7) claimant's bond; (8) draft of order for delivery to claimant.
*File No. 155.*